IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE: BOSCOV'S DEPARTMENT STORE, FAIR AND ACCURATE CREDIT TRANSACTIONS ACT (FACTA) LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1881<br><br>Master Docket in New Jersey:<br>Civil Action No. 1:07-cv-05093-JEI-AMD<br><br>Member Cases:<br>Rosenberg v. Boscovs, Inc., Civil Action No. 1:07-cv-01734-JEI-AMD<br><br>Stillmock v. Boscov's Department Store, LLC, Civil Action No. 1:07-cv-05166-JEI-AMD<br><br>McKeown v. Boscov's Department Stores, Inc., Civil Action No. 1:07-cv-05167-JEI-AMD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that, by agreement of the undersigned parties and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Complaints in this multi-district litigation, which were originally filed in the below captioned civil actions: *Rosenberg v. Boscov's, Inc.*, Civil Action No. 07-1734 (D.N.J.); *McKeown v. Boscov's Department Store, Inc.*, Civil Action No. 07-0603 (W.D. Pa.); and *Stillmock v. Boscov's Department Store, LLC*, Civil Action No. 07-1343 (D. Md.), are each hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

FRANCIS & MAILMAN, P.C.

By: _____
James A. Francis
Land Title Building, 19th Fl.
100 South Broad Street
Philadelphia, Pennsylvania 19110
jfrancis@consumerlawfirm.com

David A. Searles
DONOVAN SEARLES, LLC
1845 Walnut Street
Suite 1100
Philadelphia, Pennsylvania 19103
dsearles@donovansearles.com

*Attorneys for Plaintiff Harriet Rosenberg*

CARLSON LYNCH

By: _____
Gary F. Lynch
36 North Jefferson Street
P.O. Box 7635
New Castle, Pennsylvania 16107
glynch@carlsonlynch.com

*Attorneys for Plaintiff Rachel McKeown*

STEVENS & LEE, P.C.

By: _____
Jeffrey D. Bukowski
111 North Sixth Street
Reading, Pennsylvania 19603-0679
jdb@stevenslee.com

*Attorneys for Defendants*

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

By: _____
James A. Maro, Jr.
280 King of Prussia Road
Radnor, Pennsylvania 19087
jmaro@sbtklaw.com

*Attorneys for Plaintiff Jeanne Stillmock*

SO ORDERED:

_____
JOSEPH E. IRENAS, U.S.D.J.
7/22/08